MEMORANDUM OPINION




No. 04-07-00863-CV



IN RE ASSOCIATES HOUSING FINANCE, LLC



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Karen Angelini, Justice

 Phylis J. Speedlin, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: February 27, 2008


PETITION FOR WRIT OF MANDAMUS DISMISSED WITH PREJUDICE

 Relator and real parties in interest have filed a joint motion to dismiss this mandamus petition
with prejudice. The joint motion states the parties have reached a compromise settlement agreement
and no longer desire to litigate any issue presented. We grant the motion and dismiss relator's
mandamus petition with prejudice. See Tex. R. App. P. 42.1(a)(1).

 PER CURIAM


1. This proceeding arises out of Cause No. 00-150, styled Edward C. Sultemeier and Terry Sultemeier v.
Nationwide Housing Systems, Inc. d/b/a Nationwide Mobile Homes, et al., pending in the 216th Judicial District Court,
Kendall County, Texas, the Honorable Stephen B. Ables presiding.